UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERNEST GODFREY LOGAN, JR.,

Plaintiff,

v.

WELLS FARGO BANK,

Defendant.

Case No. 2:26-cv-00243-SB-MAA

ORDER OF DISMISSAL

On January 20, 2026, the Court denied Plaintiff's application to proceed in forma pauperis (IFP) and dismissed his complaint. *See* Dkt. No. 11 at 2 ("Plaintiff plainly has neither stated a claim nor identified a valid basis for federal jurisdiction. Moreover, Plaintiff's IFP application identifies income without identifying the amount and appears to assert ownership of property in Florida with the note, 'no way to recover it.'"). The Court ordered that "[i]f Plaintiff wishes to pursue this action and has a legal and factual basis to do so, he shall file an amended complaint no later than February 6, 2026," and that "if Plaintiff wishes to pursue his claims, he must by February 6, 2026 either pay the filing fee or file a new application to proceed IFP that includes all required information," cautioning that "[f]ailure to comply will result in the case being closed and final judgment being entered." *Id*. The deadline has now passed, and Plaintiff has not (1) filed an amended complaint, (2) paid the filing fee, (3) filed a new IFP request, or (4) otherwise responded to the Court's order.

Accordingly, consistent with the Court's January 20 order, Plaintiff's claims are dismissed without prejudice. A final judgment will be entered separately.

Date: February 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1