JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERNEST GODFREY LOGAN, JR.,

　　Plaintiff,

v.

WELLS FARGO BANK,

　　Defendant.

Case No. 2:26-cv-00243-SB-MAA

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice.

This is a final judgment.

Date: February 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1